IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACEY LEWIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC. | : | NO. 2:10-cv-2266 |
| | : | |

**O R D E R**

      **AND NOW,** this **16TH** day of **NOVEMBER 2010,** it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby **ORDERED** that this matter is **DISMISSED** with prejudice.  It is further **ORDERED** that all pending motions are **DENIED** as moot.  The Clerk of Court is directed to statistically close this matter.


                **MICHAEL E. KUNZ**, Clerk of Court


           **BY:**   /S/CAROL SAMPSON
                   Carol Sampson
                   Deputy Clerk

11/16/10 - CS
C. T. Kimmel
A. M. Schwartz
R. M. Metcho, III